UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Emily Larson,

Plaintiff,

vs. ORDER

County of St. Louis,
United States Steel and
Carnegie Pension Fund,
Highmark Blue Cross and
Blue Shield

Defendants. Civ. No. 00-759 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of May, 2000.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Motion of the Defendant County of St. Louis to Extend the Time for Answering. Good cause has been shown.

WHEREFORE, it is --

ORDERED:

FILED MAY 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1. That the Motion of the Defendant County of St. Louis to Extend Time for Answering [Docket No. 7] is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE