UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * *

Emily Larson,

Plaintiff,

vs. **ERRATA**

County of St. Louis, Minnesota; United States Steel and Carnegie Pension Fund, a non-profit Pennsylvania corporation; and Highmark Blue Cross & Blue Shield,

Defendants. Civ. No. 00-759 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 22nd day of May, 2000.

* * *

On today's date, the Court entered a Pretrial Notice and Order, setting the above-entitled case for a Pretrial Conference for 9:15 a.m., on Thursday, June 29, 2000. Previously, on April 28, 2000, the Court entered a Pretrial Notice and Order, setting the above-entitled case for a Pretrial Conference for 9:15 a.m., on Tuesday, May 30, 2000. The Court's Order dated April 28, 2000, will stand and the Order dated May 22, 2000, shall be vacated.

IT IS SO ORDERED. BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

FILED MAY 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________