In the United States District Court
for the District of Minnesota
Fifth Division

---

Emily Larson, and Emily Larson as Personal Representative in the Estate of Johnnie Larson, deceased,
Plaintiffs,

vs.

The County of St. Louis, Minnesota, U.S. Steel & Carnegie Pension Fund, and Highmark Blue Cross & Blue Shield,
Defendants.

Court File No. Civil 00-759 RHK/RLE

**Order Amending Complaint and Adding Party**

---

At Duluth in the District of Minnesota, this 8th day of June, 2000, pursuant to the Stipulation of the parties on file herein, this Court orders as follows:

1. Emily Larson, personal representative in the estate of her deceased husband, Johnnie Larson, is added as Plaintiff.

2. Caption of this matter is amended consistent with the caption of the amended Complaint.

3. The Complaint in this matter is amended consistent with the amended Complaint on file herein.

4. Defendants have admitted service upon them of the amended Complaint.

5. In that the amended Complaint asserts no new factual allegations or causes of action, the answers of Defendants to the original Complaint shall serve as answers to the amended Complaint.

BY THE COURT

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED JUN 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Approved as to form:

Walter W. Vasil, Attorney for Plaintiffs
Attorney Id. No. 112525
200 Board of Trade Building
Duluth MN 55802
(218) 722-3988

Dated: 5-31-00

Joseph Roby, Jr.
Attorney Id. No. 9240X
800 Norwest Center
230 W Superior St
Duluth MN 55802
(218) 722-6331
Attorney for Defendants
U.S. Steel and Carneige Pension Fund and
Highmark Blue Cross & Blue Shield

Dated: June 01, 2000

Shaun Floerke, Assistant County Attorney
#228606
100 North Fifth Avenue West #501
Duluth MN 55802
(218) 726-2323
Attorney for Defendant
St. Louis County, Minnesota

Dated: 6/5/00